## HOWARD WILLIAMS v. STATE.

No. A-688. Opinion Filed September 5, 1911.

Appeal from Grady County Court; N. M. Williams, Judge.

Howard Williams was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

E. Hamilton, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen.; for defendant in error.

PER CURIAM. The Attorney General has filed a motion to dismiss this appeal on the ground that the same was not perfected within the time allowed by law. Judgment was entered on the 29th day of October, 1909. The appeal was filed in this court on the 31st day of March, 1910. The motion of the Attorney General is well taken and the appeal accordingly dismissed.

---

## JOE PARKS v. STATE.

No. A-689. Opinion Filed September 5, 1911.

Appeal from Harmon County Court; C. W. King, Judge.

Joe Parks was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Garrett & Stewart, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The appellant in this case was paroled by the Governor of Oklahoma on the 30th day of January, 1910. Under the authority of Gilmore v. State, 3 Okla. Cr. 639, this appeal is hereby dismissed.